```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611020721
Cashier ID: almaceh
Transaction Date: 06/30/2008
Payer Name: JESSE REED

WRIT OF HABEAS CORPUS
 For: JESSE REED
 Case/Party: D-CAN-3-08-CV-002858-001
 Amount:         $5.00

MONEY ORDER
 Check/Money Order Num: 57564576476
 Amt Tendered:   $5.00

Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00

MHP

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

This is The (5) Five Dollars filing fee The court Asks on behalf of Jesse Reed in This court.