**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
C 08-2858 MHP

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here
AUG X 6 2008

Sent To: ROBERT AYERS, WARDEN
Street, Apt. No.; or PO Box No.: SAN QUENTIN STATE PRISON
City, State, ZIP+4: SAN QUENTIN CA 94974

PS Form 3800, August 2006          See Reverse for Instructions

7007 3020 0000 9872 9682

---

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
C 08-2858 MHP

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here
AUG X 6 2008

Sent To: State Attorney General's Office
Street, Apt. No.; or PO Box No.: 455 Golden Gate Avenue, Suite 11000
City, State, ZIP+4: San Francisco, CA 94102

PS Form 3800, August 2006          See Reverse for Instructions

7007 3020 0000 9872 9637