UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JESSE L REED,

        Plaintiff,

  v.

ROBERT L AYERS et al,

        Defendant.

Case Number: CV08-02858 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jesse L. Reed D-07717
San Quentin State Prison
San Quentin, CA 94974

Dated: January 8, 2010

        Richard W. Wieking, Clerk
        By: Anthony Bowser, Deputy Clerk